Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Shire US, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN, INC., ALLERGAN SALES, LLC, and ALLERGAN USA, INC., <br><br> Defendants. | Civil Action No. 17-7716 (JMV)(SCM) <br><br> **(Filed Electronically)** |

## STIPULATION AND [REDACTED] ORDER REGARDING ALLERGAN'S EXTENSION TO FILE MOTION TO DISMISS AND THE PARTIES' PROPOSED BRIEFING SCHEDULE REGARDING SAME

WHEREAS, Plaintiff Shire US, Inc. ("Shire") filed a Complaint against defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. (collectively, "Allergan") on October 2, 2017;

WHEREAS, on October 4, 2017, Shire served Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. with the Summons and Complaint;

WHEREAS, the current deadline for defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. to answer, move, or otherwise respond to the Complaint is October 25, 2017;

1

WHEREAS, Allergan's counsel contacted Shire's counsel seeking consent for an extension of time to answer, move, or otherwise respond to the Complaint;

WHEREAS, Allergan's counsel has notified Shire's counsel that Allergan is likely to file a motion to dismiss in response to the Complaint;

WHEREAS, in light of the complexity of the issues in this antitrust action, Shire's counsel and Allergan's counsel have agreed, subject to the Court's approval, to a schedule whereby Allergan would answer, move, or otherwise respond to the Complaint on or before December 5, 2017, Shire's opposition to an Allergan motion to dismiss would be due on January 23, 2018, and Allergan's reply would be due on February 8, 2018;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Allergan's time to answer, move, or otherwise respond to the Complaint is extended to December 5, 2017;

2. Shire shall file its opposition to any motion to dismiss filed by Allergan on or before January 23, 2018; and

3. Allergan shall file its reply in support of its motion to dismiss on or before February 8, 2018.

SO STIPULATED:

By: s/ William C. Baton
    Charles M. Lizza
    William C. Baton
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey 07102-5426
    (973) 286-6700
    clizza@saul.com

Dated: October 20, 2017

By: s/ Marshall R. King
    Marshall R. King
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Ave.
    New York, NY 10166-0193
    (212) 351-3905
    mking@gibsondunn.com

*Of Counsel*:

Michael F. Brockmeyer
David S. Shotlander
Amanda J. Hamilton
Haug Partners LLP
1667 K St. NW, Suite 500
Washington, DC 20006
(202) 292-1530
mbrockmeyer@haugpartners.com

Fred A. Kelly, Jr.
Joshua S. Barlow
Haug Partners LLP
One Post Office Square
Boston, MA 02109
(617) 426-6800
fkelly@haugpartners.com

*Attorneys for Plaintiff*
*Shire US, Inc.*

*Of Counsel*:

M. Sean Royall
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201-6912
(214) 698-3256
sroyall@gibsondunn.com

Richard H. Cunningham
GIBSON, DUNN & CRUTCHER LLP
1801 California St., Suite 4200
Denver, CO 80202
(303) 298-5752
rhcunningham@gibsondunn.com

*Attorneys for Defendants*
*Allergan, Inc., Allergan Sales, LLC,*
*and Allergan USA, Inc.*

**SO ORDERED** this 20th day of October, 2017.

_____
HONORABLE JOHN M. VAZQUEZ
UNITED STATES DISTRICT JUDGE

3