Liza M. Walsh
Christine I. Gannon
Joseph L. Linares
WALSH PIZZI O'REILLY FALANGA LLP
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN SALES, LLC, and ALLERGAN USA, INC.,<br><br>Defendants. | Civil Action No. 2:17-cv-07716<br>(JMV-SCM)<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>*Filed Electronically* |

In accordance with Federal Rule of Civil Procedure 7.1, Defendants Allergan, Inc.,

Allergan Sales, LLC, and Allergan USA, Inc. hereby state that they are indirect, wholly owned

subsidiaries of Allergan plc, a publicly traded company.  To Allergan's knowledge, no publicly

held corporation owns 10% or more of Allergan plc.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: December 5, 2017                          By:    *s/Liza M. Walsh*
                                                            Liza M. Walsh