**SAUL EWING**
**ARNSTEIN**
**& LEHR** LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

April 12, 2019

**VIA ECF**

The Honorable John M. Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse, Room 417
2 Federal Square
Newark, New Jersey 07102

      Re:    *Shire US, Inc. v. Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc.*
              Civil Action No. 17-7716 (JMV)(SCM)

Dear Judge Vazquez:

      This firm, together with Haug Partners LLP, represents plaintiff Shire US, Inc. ("Shire") in the above-referenced antitrust matter. We write regarding Your Honor's Opinion and Order granting Defendants' motion to dismiss. While the Order and Opinion were designated as filed on March 22, 2019, they were not entered on the docket until March 26, 2019, and the parties did not receive notice until that date. Out of an abundance of caution, subject to Your Honor's approval, we respectfully request confirmation that the 30-day period for Shire to file a second amended complaint consistent with Your Honor's Opinion began to run on the date the parties received notice via this Court's CM/ECF system, March 26. Accordingly, Shire's deadline to file a second amended complaint would be April 25. We have conferred with Defendants and they do not object to that deadline. If this meets with the Court's approval, we respectfully request Your Honor sign and enter the below form of endorsement on the docket.

      Thank you for Your Honor's kind attention to this matter.

                                Respectfully yours,

                                *William C. Baton*
                                William C. Baton

cc:    All Counsel (via e-mail)

IT IS SO ORDERED that the deadline for Shire to file a second amended complaint is April 25, 2019.

_____    4/15/2019
Hon. John M. Vazquez, U.S.D.J.

One Riverfront Plaza, Suite 1520 Newark, NJ 07102-5426 Phone: (973) 286-6700 Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP