

One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 6, 2019

<u>*VIA ELECTRONIC FILING & U.S. MAIL*</u>
Honorable Steven C. Mannion, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   RE: *Shire US, Inc. v. Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc.*
      Civ. A. No. 2:17-cv-7716 (JMV) (SCM)

Dear Judge Mannion:

  This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. (collectively, "Allergan") in the above-referenced antitrust action. We write concerning Plaintiff Shire US, Inc.'s ("Shire") Second Amended Complaint filed on April 25, 2019 at DE No. 79 (the "SAC"). Pursuant to Fed. R. Civ. P. 15(a)(3), Allergan's response to the SAC is due Thursday May 9, 2019.

  Allergan intends to move to dismiss the SAC and has met and conferred with Shire regarding a briefing schedule. To this effect, and with Shire's consent, Allergan proposes the following briefing schedule:

- Allergan shall move to dismiss the SAC on or before **May 28, 2019**;

- Shire's Opposition to Allergan's Motion to Dismiss shall be filed on or before **July 3, 2019**; and

- Allergan's Reply in Further Support of its Motion to Dismiss shall be filed on or before **July 19, 2019.**

  If this schedule is acceptable, Allegan respectfully requests that Your Honor "So Order" this letter and place it on the docket.

1500 Market Street | 12th Floor, East Tower | Philadelphia, PA 19102 | T: 215.246.3400 | F: 973.757.1090
1745 Broadway | 17th Floor | New York, NY 10019 | T: 212.380.1043 | F: 973.757.1090

Honorable Steven C. Mannion, U.S.M.J.
May 6, 2019
Page 2

      We thank the Court for its attention to this matter. Should Your Honor or Your Honor's staff have any questions or require anything further, we are always available.

      Respectfully submitted,

      *s/Liza M. Walsh*

      Liza M. Walsh

cc:    All Counsel of Record (via ECF and email)

**SO ORDERED THIS \_\_\_ DAY OF MAY, 2019.**

_____
**HON. STEVEN C. MANNION, U.S.M.J.**