

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6822<br>
wbaton@saul.com<br>
www.saul.com

June 20, 2019

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court
MLK Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07102

Re: *Shire US, Inc. v. Allergan, Inc., et al.*
    Civil Action No. 17-7716 (JMV)(SCM)

Dear Judge Mannion:

This firm, together with Haug Partners LLP, represents plaintiff Shire US, Inc. ("Shire") in the above-captioned matter.

We write pursuant to L. Civ. R. 101.1(c)(5) to request withdrawal of the *pro hac vice* admission of Amanda J. Hamilton, who was admitted *pro hac vice* in the above-captioned matter on behalf of Shire. Saul Ewing Arnstein & Lehr LLP and Haug Partners will continue to serve as counsel for Shire. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via e-mail)

IT IS SO ORDERED that the *pro hac vice* admission of Amanda J. Hamilton is withdrawn.

_____
Hon. Steven C. Mannion, U.S.M.J.