

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6815
wbaton@saul.com
www.saul.com

June 27, 2019

**VIA ECF**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Shire US, Inc. v. Allergan, Inc., et al.*
             Civil Action No. 17-7716 (JMV)(SCM)

Dear Judge Mannion:

    This firm, together with Haug Partners LLP, represents Plaintiff Shire US, Inc. ("Shire") in the above-referenced matter. Shire and Defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. (collectively, "Allergan") hereby jointly request issuance of a stay and administrative termination.

    The parties believe that the best course of action is for Your Honor to issue a stay and administrative termination to take effect immediately. Shire's reasons for requesting this stay and administrative termination relate to the transfer of ownership of the Xiidra franchise to Novartis Pharmaceuticals Corporation, as set forth in the parties' June 12, 2019 letter to Your Honor requesting an extension of discovery (D.I. 85). The parties intend that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41. A proposed form of Order is being submitted with this letter.

    Thank you for Your Honor's kind attention to this matter.

                          Respectfully yours,

                          William C. Baton

                          William C. Baton

Enclosure

cc: Counsel of Record (via e-mail)

One Riverfront Plaza, Suite 1520  Newark, NJ 07102-5426  Phone: (973) 286-6700  Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLERGAN, INC., ALLERGAN SALES, LLC, and ALLERGAN USA, INC.,<br><br>　　　　　　Defendants. | **Civil Action No. 2:17-cv-07716-JMV-SCM**<br><br>**ORDER FOR STAY AND ADMINISTRATIVE TERMINATION** |

　　　　This matter having come before the Court upon joint request for a stay and administrative termination of this matter (D.I. 90), and therefore,

　　　　**IT IS** on this day, June __, 2019,

1. **ORDERED** that this action and any pending motions are hereby administratively terminated effective June 27, 2019, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

2. **ORDERED** that Plaintiff Shire shall file a letter by December 27, 2019 requesting to either restore this matter to the active list or extend the stay/termination; and it is further

3. **ORDERED** that absent a request to restore this matter or extend the stay/termination by December 27, 2019, the Court shall dismiss this action, without further notice, without prejudice and without costs.

**SO ORDERED:**

The Honorable Steven C. Mannion,
U.S.M.J.

**Dated:**

_____

2