# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN, INC., ALLERGAN SALES, LLC, and ALLERGAN USA, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-07716-JMV-SCM <br><br><br> **ORDER FOR STAY AND ADMINISTRATIVE TERMINATION** |

This matter having come before the Court upon joint request for a stay and administrative termination of this matter (D.I. 90), and therefore,

**IT IS** on this day, June 28, 2019,

1. **ORDERED** that this action and any pending motions are hereby administratively terminated effective June 27, 2019, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

2. **ORDERED** that Plaintiff Shire shall file a letter by December 27, 2019 requesting to either restore this matter to the active list or extend the stay/termination; and it is further

3. **ORDERED** that absent a request to restore this matter or extend the stay/termination by December 27, 2019, the Court shall dismiss this action, without further notice, without prejudice and without costs.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 6/28/19