UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC. et al<br><br>　　　　　Plaintiff,<br>v.<br><br>ALLERGAN, INC., et al<br>　　　　　Defendants. | Civil Action No.<br><br>2:17-CV-7716-JMV-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

　　　　**IT IS** on this Monday, December 16, 2019 ordered that the Scheduling Order is hereby supplemented as follows:

1. The time for Plaintiff Shire to file a letter requesting to either restore this matter to the active list or extend the stay/termination is extended to 2/18/2020;

2. A **status conference** to be held on 2/25/2020 at **10:45 AM** before Judge Steve Mannion in courtroom 2B.  Lead trial counsel must appear and clients who have settlement authority shall be immediately available by telephone.  Confidential settlement positions no longer than five pages should be received by Judge Mannion 8 **days** before the conference and not filed via ECF.

3. No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.  Counsel "shall confer" in good faith and attempt to informally resolve any discovery disputes before seeking the Court's intervention.  L.Civ.R. 37.1(a).  Should informal efforts fail within 10 days of the occurrence of the dispute (and for disputes over paper discovery, no later than 120 days after the R16 conference), the dispute shall immediately be brought to the Magistrate Judge's attention via a **joint dispute letter** filed on ECF not to exceed 6 pages that sets forth: (a) the request; (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient; and (e) why the responding party believes the response is sufficient.  If the dispute is complex (e.g., concerns privilege, undue burden, confidentiality or privacy) counsel shall also file briefs and supporting affidavits along with their joint dispute letter. Courtesy paper copies must be delivered to chambers.  Thereafter, the Court will schedule a telephonic discovery conference pursuant to Fed. R. Civ. P. 26(f) if necessary to resolve the dispute.  *See* L. Civ. R. 16.1(f). If, however, the dispute concerns non-party subpoenas see Fed.R.Civ.P. 45.

4. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY**

**RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

12/16/2019 4:15:21 PM

Original: Clerk of the Court
Hon. John M. Vazquez, U.S.D.J.
cc: All parties
    File