

Haug Partners LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
www.haugpartners.com

June 18, 2020

**Richard F. Kurz**
**Direct Dial: (212) 863-2133**
rkurz@haugpartners.com

**Via ECF**

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:   *Shire US, Inc. v. Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc.*
      Civil Action No. 17-7716 (JMV)(SCM)

Dear Judge Vazquez:

This firm represents Plaintiff in the above referenced matter.

We are pleased to inform the Court that Plaintiff and Defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. (collectively "Allergan") have finalized their settlement of this matter. (*See* ECF Nos. 108, 109.) Accordingly, enclosed for Your Honor's consideration is the stipulation to which the parties have agreed. If the enclosed stipulation meets with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

s/ *Richard F. Kurz*

Richard F. Kurz

Enclosure

cc: Counsel of Record (via ECF and email)