# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE US, INC.<br>　　　Plaintiff<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.<br>　　　Defendants | )<br>)<br>)<br>)  Civil Action No. 17-7716 (JMV)(SCM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and by joint stipulation, Novartis Pharmaceuticals Corporation ("NPC"), the successor in interest to the claims of Plaintiff Shire US, Inc., and Defendants Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. ("Allergan") hereby stipulate and agree, by and through their respective counsel:

　　1.　　That the above-captioned matter is dismissed with prejudice, with all rights of appeal waived, and with each party to bear their own costs and attorneys' fees; and

　　2.　　That they will continue to comply with the terms of the Stipulated Discovery Confidentiality Order entered in this case (ECF No. 41).

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION** | **ALLERGAN, INC., ALLERGAN SALES, LLC, AND ALLERGAN USA, INC**. |
| s/*Richard F. Kurz* | s/*Liza M. Walsh* |
| Richard F. Kurz<br>HAUG PARTNERS LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800<br>rkurz@haugpartners.com | Liza M. Walsh<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>lwalsh@walsh.law |
| *Of Counsel:* | *Of Counsel:* |
| Michael F. Brockmeyer (admitted *pro hac vice*)<br>David S. Shotlander (admitted *pro hac vice*)<br>HAUG PARTNERS LLP<br>1667 K St. NW, Suite 500<br>Washington, DC 20006<br>(202) 292-1530<br>mbrockmeyer@haugpartners.com | M. Sean Royall<br>KIRKLAND & ELLIS LLP<br>1601 Elm Street<br>Dallas, TX 75201<br>Tel: (214) 972-1759<br>Fax: (214) 972-1771<br>sean.royall@kirkland.com |
| Fred A. Kelly, Jr. (admitted *pro hac vice*)<br>Joshua S. Barlow (admitted *pro hac vice*)<br>HAUG PARTNERS LLP<br>One Post Office Square<br>Boston, MA 02109<br>(617) 426-6800<br>fkelly@haugpartners.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave.<br>New York, NY 10166-0193<br>(212) 351-4000<br>estock@gibsondunn.com |

**SO ORDERED this \_\_\_\_ day of _____, 2020.**

_____
**HON. JOHN M. VAZQUEZ, U.S.D.J.**